UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY NUNEZ<br><br>Defendants. | CASE NO.: 24-CR-2295-W-1<br><br>**ORDER** |
|---|---|

**JOINT MOTION HAVING BEEN ENTERED** by the parties and good cause appearing, IT IS HEREBY ORDERED that defendant's Motion Setting currently scheduled for November 18, 2024, is continued as a Motion Hearing on January 13, 2025, at 9:00 a.m. before Hon. Thomas J. Whelan.

The parties also jointly move to exclude time under the Speedy Trial Act due to the existing pretrial motion and under the ends of justice. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: 11/14/24

By: _____
Honorable Thomas J. Whelan
United States District Judge